1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 5:20-cr-00075-JAK-1 |
|---|---|
| Plaintiff, | **ORDER RE BRIEFING SCHEDULE RE MOTION FOR REDUCTION IN SENTENCE UNDER 18 U.S.C § 3582(c)(2) (DKT. 241)** |
| v. | |
| CATRINA GIPSON, et al., | |
| Defendant. | |

1

On January 22, 2024, Catrina Gipson ("Defendant") filed a Motion for Reduction in Sentence Under 18 U.S.C § 3582(c)(2) (the "Motion" (Dkt. 241)). The Government shall file any response to the Motion on or before March 11, 2024. Any response shall not exceed 15 pages. Petitioner shall file any reply to the Government's response on or before the earlier of (i) 21 days after the Government's response is filed or (ii) April 1, 2024. Any reply filed by Petitioner shall not exceed 10 pages. Upon the completion of the briefing on the Motion, the Motion will be taken under submission without a hearing.

**IT IS SO ORDERED.**

Dated: February 20, 2024     _____

John A. Kronstadt
United States District Judge

2